**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

TODD LOPEZ, as personal representative
of the wrongful death estate of Clara Mae
Cook, Don Begay, Raymond Gabehart,
Eva Hunt, Gladys Pioche, and Nellie
Harwood,

      Plaintiff - Appellee,

v.

CANTEX HEALTH CARE CENTERS II,
LLC, et al.,

      Defendants - Appellants.

Nos. 23-2038, 23-2039, 23-2040, 23-2041,
23-2043, 23-2044 & 23-2045
(D.C. Nos. 1:22-CV-00825-KWR-JMR;
1:22-CV-00822-KWR-JMR; 1:22-CV-
00826-KWR-JMR; 1:22-CV-00831-KWR-
JMR; 1:22-CV-00824-KWR-JMR; 1:22-
CV-00834-KWR-JMR; 1:22-CV-00827-
KWR-JMR)
(D.N.M.)

_____

DENNIS MURPHY, as personal
representative of the wrongful death estate
of Joe A. James,

      Plaintiff -Appellee,

v.

CANTEX HEALTH CARE CENTERS II,
LLC, et al.,

      Defendants -Appellants.

No. 23-2042
(D.C. No. 1:22-CV-00832-KWR-JMR)
(D.N.M)

_____

**ORDER**

_____

Before **PHILLIPS** and **KELLY**, Circuit Judges.

_____

Plaintiffs, the estates of eight people who died of Covid-19 at a healthcare facility in Farmington, New Mexico, sued Defendants Cantex Health Care Centers II, LLC, and Farmington Healthcare Center, Ltd. Co., in New Mexico state court. Defendants removed the case to federal district court, and Plaintiffs moved to remand. The district court granted the motion. Defendants appealed and now seek a stay of the district court's remand order.

This court evaluates the traditional stay factors in deciding whether to stay the district court's order. *See Nken v. Holder*, 556 U.S. 418, 434-35 (2009). Those factors are "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Id.* at 434 (internal quotation marks omitted). "A stay is not a matter of right, even if irreparable injury might otherwise result. It is instead an exercise of judicial discretion, and the propriety of its issue is dependent upon the circumstances of the particular case." *Id.* at 433 (brackets, internal quotation marks, and citation omitted).

Considering all the circumstances we are not persuaded that Defendants have carried their "burden of showing that the circumstances justify an exercise of [our] discretion." *Id.* at 434.

The motion for stay is DENIED.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk